```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

MILTON EVANS, JR.                                      PETITIONER

VS.                           CIVIL ACTION NO. 5:05cv172-DCB-JCS

CHRISTOPHER EPPS, ET AL.                              RESPONDENTS

## FINAL JUDGMENT

This matter having come on to be heard on the petitioner's objection to Magistrate Judge James C. Sumner's Report and Recommendation of October 3, 2005, and after a full review of the record having entered an Order dismissing the petitioner's petition pursuant to 28 U.S.C. § 2254 with prejudice, the Court now grants final judgment in favor of the respondents and against the petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 14th day of June, 2006.

                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE